**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE)** | **MDL NO 2924** |
| **PRODUCTS LIABILITY** | **20-MD-2924** |
| **LITIGATION** | |

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:**　　　　　　　**JURY TRIAL DEMANDED**
 MARIA MURLIN


_____
(Plaintiff Name(s))

**<ins>SHORT-FORM COMPLAINT</ins>**

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla).  Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

 Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

**I.　　　PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1.　　Plaintiff(s) <ins>MARIA MURLIN　　　　　　_____</ins>

　　　("Plaintiff(s)") brings this action (check the applicable designation):

　　　　　　　☒　　On behalf of [*himself/herself*];

1

☐    In representative capacity as the _____, on behalf
of    the    injured    party,    (Injured    Party's    Name)
_____.

2.     Injured    Party    is    currently    a    resident    and    citizen    of    (City,    State)
East Syracuse              NY          and claims damages as set forth below.

—OR—

Decedent  died  on (Month, Day, Year) _____. At  the  time  of
Decedent's  death,  Decedent  was  a  resident  and  citizen  of (City,  State)
_____.

If any party claims loss of consortium,

3.     _____ ("Consortium  Plaintiff")  alleges  damages  for  loss  of
consortium.

4.     At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a
citizen and resident of (City, State) _____.

5.     At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State)
_____.

**B.  DEFENDANT(S)**

6.     Plaintiff(s)  name(s)  the  following  Defendants  from  the  Master  Personal  Injury
Complaint in this action:

   **a.  Brand Manufacturers:**
   GlaxoSmithKline LLC , and John Doe

**b.  Generic Manufacturers:**

John Doe

**c.  Distributors:**

John Doe

**d.  Retailers:**

John Doe

**e.  Repackagers:**

John Doe

**f.  Others Not Named in the MPIC:**

John Doe

## C.  JURISDICTION AND VENUE

7.   Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

<u>    Northern    </u> District of <u> NY    </u>

8.   Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9.   The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

☒   By prescription

☐   Over the counter

10.   The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>Feb      1998    </u> to <u>Nov      2019      </u>.

## III.    PHYSICAL INJURY

11.   As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| X | ESOPHAGEAL/THROAT/NASAL CANCER | May     1     2004 |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12.    Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

## IV.    CAUSES OF ACTION ASSERTED

13.    The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☐ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: _____ |
| ☒ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: _____ |
| ☐ | XVII | OTHER: _____ |
| ☐ | XVIII | OTHER: _____ |

If Count XVI, Count XVII or Count XVIII is alleged, additional facts supporting the claim(s):

## V.      JURY DEMAND

14.      Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.


## VI.      PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or

inactions and demand(s) judgment against Defendants on each of the above-referenced causes of

action, jointly and severally to the full extent available in law or equity, as requested in the Master

Personal Injury Complaint.

| | |
|---|---|
| Attorney 1 Signature: /s/ Daniel A. Nigh | Attorney 1 Signature: /s/ Madeline E. Pendley |
| Attorney 1 Print: Daniel A. Nigh | Attorney 1 Print: Madeline E. Pendley |
| Attorney 2 Signature: | Attorney 2 Signature: |
| Attorney 2 Print: | Attorney 2 Print: |
| Firm: Levin, Papantonio, Rafferty Law Firm | Firm: Levin, Papantonio, Rafferty Law Firm |
| Address 1: 316 S. Baylen Street, Suite 600 | Address 1: 316 S. Baylen Street, Suite 600 |
| Address 2: | Address 2: |
| City: Pensacola | City: Pensacola |
| State: FL | State: FL |
| Zip: 32502 | Zip: 32502 |
| Email: dnigh@levinlaw.com | Email: mpendley@levinlaw.com |
| Phone: 850-435-7013 | Phone: 850-435-7003 |